IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 4:17-CV-030-FL

| | |
|---|---|
| CRAIG DELMAR CURRY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER**

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Craig Curry, is awarded attorney fees under the EAJA in the amount of $3,750.00 and $400.00 in filing fees in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $3,750.00 and that the Treasury Judgment Fund pay Plaintiff's counsel the sum of $400.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This 20th day of November, 2017.

_____
United States District Judge

**CONSENTED TO:**

| | |
|---|---|
| November 15, 2017 | s/ Karl E. Osterhout<br>Karl E. Osterhout, Esq.<br>Pennsylvania State Bar No.: 49658<br>Osterhout Disability Law<br>521 Cedar Avenue, Suite 200<br>Oakmont, PA 15139<br>Telephone: (412) 794-8003<br>Fax: (412) 794- 8050<br>*Pro Hace Vice* |
| November 15, 2017 | s/ *Paul B. Eaglin*<br>Paul B. Eaglin, Esq.<br>NCSB Bar No. 7097<br>Attorney for Plaintiff<br>PO Box 6033<br>Syracuse, New York 13217<br>t. 877-374-4744<br>f: 877-499-6808<br>e: peaglin@eaglinlaw.com<br>*Local Counsel* |

<u>November 15, 2017</u>　　　　　　　s/ *Leo R. Montenegro*
　　　　　　　　　　　　　　　　　Leo R. Montenegro, Esq.
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　Social Security Administration
　　　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　　　6401 Security Boulevard
　　　　　　　　　　　　　　　　　Altmeyer Building, Room 617
　　　　　　　　　　　　　　　　　Baltimore, Maryland 21235-6401
　　　　　　　　　　　　　　　　　Telephone: (410) 965-3153
　　　　　　　　　　　　　　　　　Facsimile: (410) 597-0527
　　　　　　　　　　　　　　　　　E-Mail: Leo.R.Montenegro@ssa.gov
　　　　　　　　　　　　　　　　　*Attorney for Defendant*